# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA DEL CARMEN LOPEZ, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants, | Case No.: 2:23-cv-09599-FMO-AS<br><br>*Judge: Hon. Fernando M. Olguin*<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 15, 2024　　　　　　By:_____ /s/ ____

　　　　　　　　　　　　　　　　　Hon. Judge Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States District Judge